IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **MARIO SANCHEZ,** <br><br> Plaintiff, <br><br> v. <br><br> **JOHNSON, et al.,** <br><br> Defendants. | 2:22-cv-00537-JDP (PC) <br><br> **(PROPOSED)** ORDER <br><br><br> Judge: The Hon. Jeremy D. Peterson <br> Trial Date: Not Set <br> Action Filed: March 24, 2022 |

**GOOD CAUSE APPEARING,** Defendants' motion for an administrative relief re-extension of time to file a responsive pleading is granted. The deadline for Defendants to file a responsive pleading is extended to October 10, 2022.

IT IS SO ORDERED.

Dated:   July 12, 2022

_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE