# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO SANCHEZ,<br><br>   Plaintiff,<br><br> v.<br><br>JOHNSON, *et al.*,<br><br>   Defendants. | Case No. 2:22-cv-00537-JDP (PC)<br><br>ORDER GRANTING DEFENDANTS' MOTION FOR AN EXTENSION OF TIME<br><br>ECF No. 18 |

  Defendants have filed a second motion for an extension of time to file a responsive pleading. ECF No. 18. Good cause appearing, it is hereby ORDERED that:

  1. Defendants' motion for an extension of time, ECF No. 18, is granted.

  2. Defendants are granted up and until October 25, 2022 to file a responsive pleading.

  3. Absent extraordinary circumstances, no further extensions of time will be granted.

IT IS SO ORDERED.

Dated:  October 6, 2022             /s/ Jeremy Peterson
                       JEREMY D. PETERSON
                       UNITED STATES MAGISTRATE JUDGE