IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARIO SANCHEZ,**<br><br>Plaintiff,<br><br>v.<br><br>**JOHNSON, et al.,**<br><br>Defendants. | Case No. 2:22-cv-00537-JDP (PC)<br><br>~~[PROPOSED]~~ ORDER |

**GOOD CAUSE APPEARING,** Defendants' motion for an administrative relief to extend time to contact the Court to schedule a settlement conference, or to file a motion for leave to opt-out of the ADR Project, is granted.

The deadline for Defendants to contact the Court to schedule a settlement conference, or to file a motion for leave to opt-out of the ADR Project, is extended to December 20, 2022.

IT IS SO ORDERED.

Dated:   November 30, 2022                              _____
                                                                            JEREMY D. PETERSON
                                                                            UNITED STATES MAGISTRATE JUDGE