UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO SANCHEZ,<br><br>        Plaintiff,<br><br>    v.<br><br>JOHNSON, *et al.*,<br><br>        Defendants. | Case No. 2:22-cv-00537-JDP (PC)<br><br>ORDER |

    Plaintiff is a state inmate proceeding without counsel in this civil rights action brought under 42 U.S.C. § 1983.  He has filed a motion asking that this case be set for a second settlement conference.  ECF No. 34.

    The undersigned has reviewed the docket and believes that at this time a settlement conference would be unlikely to be productive.  Accordingly, plaintiff's request to set another settlement conference, ECF No. 34, is denied without prejudice.

IT IS SO ORDERED.

Dated:   May 18, 2023

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28